UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ORINTIS TYRELL,<br>BOP No. 67033-054,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES GOV'T, et. al.,<br>　　　　　　　　　　　Defendants. | Case No.:  3:20-cv-01504-DMS-BGS<br><br>**ORDER CLOSING CASE** |

　　　Ricardo Orintis Tyrell ("Plaintiff"), currently housed at the Metropolitan Correctional Center located in San Diego, California and proceeding pro se, has submitted to the Court a document entitled "Motion to File an Extensive 1983 Civil Rights Case." (ECF No. 1.)  This document was used to open this matter.  On the same day, Plaintiff also submitted a civil rights Complaint brought pursuant to 42 U.S.C § 1983 and that complaint was filed in *Orintis v. United States Officers, et al.*, S.D. Cal. Civil Case No. 3:20-cv-01505-AJB-KSC.  In reviewing both documents, it does not

1 appear that Plaintiff intended to file two separate actions and this matter was opened in
2 error. Therefore, the Court directs the Clerk of Court to administratively close this matter
3 and the motion filed in this matter, *see* ECF No. 1, is directed to be filed in *Orintis v.*
4 *United States Officers, et al.*, S.D. Cal. Civil Case No. 3:20-cv-01505-AJB-KSC.

**IT IS SO ORDERED**.

Dated:  August 11, 2020

Hon. Dana M. Sabraw
United States District Judge