UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ORINTIS TYRELL, BOP No. 67033-054,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES GOV'T, et. al.,<br><br>                    Defendants. | Case No.:  3:20-cv-01504-DMS-BGS<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**<br><br>[ECF Nos. 4, 6] |

On August 4, 2020, Ricardo Orintis Tyrell ("Plaintiff"), currently housed at the Federal Correctional Institution located in Mendota, California and proceeding pro se, submitted to the Court a document entitled "Motion to File an Extensive 1983 Civil Rights Case."  (ECF No. 1.)  This document was used to open this matter.  On the same day, Plaintiff also submitted a civil rights Complaint brought pursuant to 42 U.S.C § 1983 and that complaint was filed in *Tyrell v. United States Officers, et al.*, S.D. Cal. Civil Case No. 3:20-cv-01505-AJB-KSC.  In reviewing both documents, it became

apparent that Plaintiff did not intend to file two separate actions and this matter was opened in error.  Therefore, the Court directed the Clerk of Court to administratively close this matter.

Plaintiff has now filed a motion for extension of time and a motion to proceed *in forma pauperis* ("IFP") in this matter.  (ECF Nos. 4, 6.)  However, this matter remains closed and there are no pending proceedings.  Therefore, these motions are DENIED without prejudice to allow Plaintiff to pursue the requested relief in *Tyrell v. United States Officers, et al.*, S.D. Cal. Civil Case No. 3:20-cv-01505-AJB-KSC.  No further filings in this matter will be permitted.

**IT IS SO ORDERED**.

Dated:  November 16, 2020

Hon. Dana M. Sabraw
United States District Judge